A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America

    Plaintiff(s)    )
                           )    **APPEARANCE**
                           )
                           )
        vs.           )    CASE NUMBER   CR-05-342-RCL
Alvaro Serrano Archbold-Manner, et al   )
                           )
    Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Teresa A. Wallbaum   as counsel in this
                                            (Attorney's Name)

case for:   United States of America
                (Name of party or parties)

August 14, 2008
Date

*/s/ Teresa A. Wallbaum*
Signature

Teresa A. Wallbaum
Print Name

Illinois # 6211941
BAR IDENTIFICATION

1400 New York Ave, NW
Address

Washington, DC 20530
City      State      Zip Code

(202) 616-5193
Phone Number