# Exhibit A

LANCHA AZUL (GERMAN)
LANCHA ROJA (GERMAN)
ANGELO
3154236384
N. WILSON
3157330417
MATEO ADMIN. LANCHAS
SANTANDER CARABALLO
HUESOS (MECANICO)
HERNAN MEXICO
CARLOS MEXICO
ROSALINO CALDERON EL MEXICANO
3106261141
EL INDIO (EL QUE CRUZA ESO AL OTRO
3116837349
FABIAN
BARBAS
3116732311
FERNANDO
3114361495
N. JULIO (VENEZUELA)
N. ANDRES (MEXICO)
JUAN RUMBA
SOBRINO DE ANDRES (MEXICO)
HUGO URIBE
YOLANDA ZULUAGA
3157167220
V. CARABALLO (CARTAGENA)
661-9521
RAFAEL CARABALLO (BARRANQUILLA)
3114035075
GERMAN VILLEGAS
3112645776
N. GUSTAVO
N. JUAN CARLOS (CALI)
3104194703
SOCIO CARTAGENA
3106562554
MIGUEL CALI
3154095803
N. JESUS (CHUCHO)
COTIZACION MEXICANOS
3106562554
RANFER (EL QUE AVERIGUA EMPRESAS)
3107047122
N. CARLOS MASUEGRA
3117441917
N. JUAN CARLOS (MISTERIO)
3157440853
N. ELKIN
N.WILLIAN
3156352426
N FERNADO
N. GUILLERMO
3106562554
DON MAURICIO